JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARISCAL,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>FERNANDO GONZALEZ,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 09-2814-GW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: December 2, 2010

_/s/ George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE